IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK ALONZO WILLIAMS, | ) |
| Plaintiff, | )  1:16-cv-00300 |
| v. | ) |
| | )  Magistrate Judge Lisa Pupo Lenihan |
| JOHN WETZEL, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This case is before the Court on the receipt of a filing fee payment of $322.00 sent from SCI-Greene on behalf of Plaintiff to be applied to this case. In light of the fact that this case was transferred to the United States District Court for the Middle District of Pennsylvania on or around January 11, 2017, and the case was subsequently opened in that court as Case No. 1:17-cv-00079, said payment was forwarded to the Middle District to be applied to Case No. 1:17-cv-00079. *See* ECF No. 10 (attached hereto as an exhibit).

AND NOW, this 17th day of August, 2021, it is hereby ORDERED that any and all future payments for the filing fee in this case should be sent directly to the United States District Court for the Middle District of Pennsylvania and marked with Case No. 1:17-cv-00079.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc:   Mark Alonzo Williams
　　　FL2923
　　　SCI-Greene
　　　169 Progress Drive
　　　Waynesburg, PA  15370

　　　Inmate Account Officer
　　　SCI-Greene

1